**Order filed May 15, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00248-CR
_____

### KENNETH ANDREW BAILEY, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 24835A**

### O R D E R

Counsel has filed in this court a motion to dismiss this appeal due to the death of the appellant, Kenneth Andrew Bailey. On May 12, 2014, counsel provided this court with the death certificate. Bailey's death deprives this court of jurisdiction. *See Molitor v. State*, 862 S.W.2d 615 (Tex. Crim. App. 1993). If an appellant in a criminal case dies after an appeal is perfected but before mandate has issued, the appeal must be permanently abated. TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.


May 15, 2014                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.